**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **8:17CR250** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **LUIS ELIAS,** | |
| **Defendant.** | |

Before the Court are the Findings and Recommendation (F&R) of Magistrate Judge Michael D. Nelson, ECF No. 31. The F&R recommends that the Defendant's Motion to Suppress, ECF No. 18, be granted. No objections to the F&R have been filed within the time designated by the Court's Extension Order, ECF No. 35. After a review of the Court record in this matter,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation, ECF No. 31, are adopted; and

2. The Defendant's Motion to Suppress, ECF No. 18, is granted.

Dated this 30th day of July, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge