**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:17CR250** |
| vs. | |
| **LUIS ELIAS,** | **ORDER** |
| Defendant. | |

This matter is before the Court on the Government's Motion to Dismiss, ECF No. 42. Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, ECF No. 1, against the above-named Defendant.

IT IS ORDERED:

1. The Government's Motion to Dismiss, ECF No. 42, is granted;
2. The Indictment, ECF No. 1, is dismissed, without prejudice.

Dated this 31st day of August, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge